# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMANDA CHANDLER and ROBERT DURHAM, on behalf of themselves and all others similarly situated,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>AMAZON.COM LLC, EBAY INC., TARGET AABC CORPORATION, WALMART INC., WAYFAIR INC., and ZINUS INC.,  )<br><br>Defendants.  ) | Case Number: 20-cv-265-RJD<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL OF EBAY INC.

## PURSUANT TO RULE 41(a)(1)(A)(i)

Come now Plaintiffs, Amanda Chandler and Robert Durham, by and through their undersigned attorney and for this Notice of Voluntary Dismissal of eBay, Inc. Pursuant to Rule 41(a)(1)(A)(i) state:

1. The Plaintiffs desire to voluntarily dismiss eBay Inc. from this matter.  Although the matter is plead as a class action pursuant to F.R.C.P. 23, there has been no class certified nor a motion for class certification pending.  The Defendant, eBay, Inc., has not filed an answer or a motion for summary judgment or even an entry of appearance by an attorney.  No party would be legally prejudiced by this action.

WHEREFORE, pursuant to F.R.C.P. 41(a)(1)(A)(i) the Plaintiffs hereby file this notice of voluntary dismissal of eBay, Inc.

Dated:  April 15, 2020                           Respectfully submitted,


                                                 BY:    s./Christopher Cueto

-2-

Christopher Cueto,
Attorney ID # 6192248
Law Office of Christopher Cueto, Ltd.
7110 West Main Street
Belleville, IL 62223
Telephone: (618) 277-1554
ccueto@cuetolaw.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 15, 2020, the foregoing was filed electronically with the Clerk of the Court and was served upon counsel via the ECF system by email:

Natalie J. Kussart
Sandberg Phoenix
nkussart@sandbergphoenix.com

Zachary S. Merkle
Sandberg Phoenix
zmerkle@sandbergphoenix.com
*Attorney for Defendant, Zinus, Inc.*