**Ron H Szeve**

May 1, 6:24 AM PDT

**231-495-9213**

---

**Ron H Szeve**

Apr 30, 8:06 AM PDT

This beds inner cover is made of 64% fibreglass. That fibreglass has worked its way through the outer cover and has been exposed to my house. My son and I have had to have Dr visits to confirm fibreglass slivers. He's coughed every night he's slept on this bed. We've had to remove all articles of clothings from our house hold. Ive had to hire close freinds to help remove any particles we could. Unfortunately, this has failed and my house is still covered in particles. This has caused extreme emotional, and financial discomfort in our home. I should not be stressed, or concern for my childs saftey and well being due to your company using an inner cover comprised of 64% fibreglass!

Attachment(s)
20180430_105633.jpg
20180430_105636.jpg
20180430_105630.jpg

covers were made of fibreglass. So, I doubt that this is a "need proof" issue. I have, however, sent you the invoice attached. If we're unable to proceed without the law tag, I would be more than happy to send you the bags of contaminated materials and you may (at your own risk) go through them personaly. Again, Im not about to go through fibreglass contaminated items to prove what we already know to be true.

Ron Szeve

11654 darragh rd

Mancelona mi, 49659

231-495-9213

Attachment(s)

Amazon.com - Order 002-6715501-9825840.html

Untitled.png

**Richard** (Zinus)

May 1, 11:40 AM PDT

Dear Customer,

Thank you for contacting Zinus.

We are sorry you are experiencing issues with your purchase. Before we can begin processing your request, we will need additional information. Please reply with the following information:

- Snap shot of your proof of purchase/online invoice or .pdf version
- 2nd Manufacturing law tag with manufacturing date
- Confirm Current shipping address with best contact number

Please reply to this email with any questions or for additional assistance.

Sincerely,

Richard

Customer Service Lead

Zinus Inc.

how much we've had to endure...I do have another, extremely personal point of veiw on how this WILL flip your life upside down if you'd like.

The original cost of the beds, is an EXTREMELY small fraction of the financial and emotional burden this has had on my family! Ive already purchased new beds. I do not want replacements!

I can legally drink 50 gallons of rum. Thats not illegal. That does not mean if would be without consequence!

**Natalie** (Zinus)

May 2. 9:07 AM PDT

Dear Customer,

Thank you for your reply.

Please let us know which mattress had the issue.  We can either replace the mattress or issue a refund check to you.  We will need to know which mattress had the issue, the Twin or the Full.

Please be aware that the glass fiber fire barrier is FDA approved and is non toxic.  We do realize it can take time to remove all the fibers.

Please let us know how you would like to proceed and if you have any questions.

Sincerely,
Natalie
Customer Service Specialist
Zinus Inc.

**Ron H Szeve**

May 1. 6:43 PM PDT

Richard,

At this time I am unable to provide the law tag due to the disposal of the beds the very moment I read they were made of 64% fibreglass. I have over ten trash bags of all the household items that were contaminated. Every cloth article in my house has been thrown out due to this issue. Because of this, I am refusing to open any of those bags in fear of recontamination. If it is a question of trust, the first person I spoke to about this admited that the inner

Dear Customer,

Thank you for your reply.  I am sorry for the issue you have had.  We will be send a refund check to you at the address you listed below.

If you are claiming other damages, we will need the following:

- Itemized list of damages being claimed
- receipts for all items being claimed
- photos of the damages

Please let us know if you have any questions.

Sincerely,
Natalie
Customer Service Specialist
Zinus Inc.

---

**Ron H Szeve**

May 2, 8:05 PM PDT

### *IT WAS BOTH BEDS!!!*

My sons was triggered first and has the worst contamination. He developed a cough at night that lasted for over a month before we figured out what was goin on. Mine came shortly after his cough in the form of slivers and itchyness over my entire body.

Although the fibreglass is FDA approved and "Non-Toxic", when inhaled the lungs have an incredibly hard time (if at all) breaking down the foreign substance. Which is exactly what I believed caused my sons coughing. Beds gone, no more coughing. Imagine that.

Further more, they can cause slivers. Which can become infected. ALL OVER YOUR BODY. I dont think you realize that the beds were not suspect at all for months. We blamed soaps, work environments, social invironments before accepting that that just wasnt the case. finally after being able to literally see hundreds, if not thousands of shards of fibreglass in all of our blankets!!! Then the clothing. Then the floors, shelves, bed frames...WALLS! Finally someone suggested our beds. I figured they were brand new! No way. Found the tag, and what do you know. Fibreglass. Threw them outside, looked at the inner cover that was non existent in spots! I sent pictures of both the mattress' in my first e-mail. You can clearly see the inner cover is missing in patches all over.  If this doesnt paint a picture as to

5

**Natalie** (Zinus)

May 9, 2:19 PM PDT

Dear Ron,

Thank you for your reply.  We can offer a $500.00 reimbursement to you for the items you are claiming lost.  This should help to replace the items you are claiming as lost.   Please let us know if this is acceptable to you so we can get the check to you as soon as possible.

Please let us know how you would like to proceed and if you have any questions.

Sincerely,
Natalie
Customer Service Specialist
Zinus Inc.

---

**Ron H Szeve**

May 6, 6:03 PM PDT

Ive sent receipts for the clothes Ive had to replace for myself and my son. The replacement beds as well. Ive also sent a picture of HALF the items Ive had to throw out, as I will not keep them sitting around. The list of damages include everything in my sons room. Things that cannot be replaced by mere money. Blankets that were made for him before he was born! Toys/stuffed animals that were bought for him before he was born. And everytihng in between then, and now! How exactly am I supposed to itemize sentimental items, or items that were bought and kept without the knowing of this happening in the future?! Of course I dont havereceipts for things like that. All those items have been living with him without consequence until this disaster. So Im at a complete and utter loss on how that can be amended!!!

Attachment(s)
t-title.pdf
t-title2.pdf
t-title3.pdf
20180506_161831.jpg
20180506_161826.jpg

---

**Natalie** (Zinus)

May 3, 7:06 AM PDT

4

accept the conditions of the attached Settlement Agreement and Release by emailing pdf images of all three pages of the agreement with a signed and dated signature page.  Unfortunately, I cannot make you a better offer.

Sincerely,

Darien K. Wallace
Imperium Patent Works LLP
P.O. Box 607
Pleasanton, CA 94566
Tel:  (925) 550-5067

---

**Ron H Szeve**

May 9, 8:51 PM PDT

Although I appreciate the attempt at an offer, I have been advised to counter with the asking of $2500. Due to a majority of the items being irreplaceable as well as the 500 not being able to cover over 80% of my lost items/time/money. The only thing that 500 would cover would be the VERY LIMITED amount of clothing I JUST bought to get us through currently. I still have many clothes to buy, towels, curtains,school supplies ect. As I am not made of money, I am unable to attain those items at this moment. My savings account does not cover faulty products that infest my house! I dont think youre taking into consideration the absolute horror this has been to manage. In total..the hours that myself and others have spent on trying to clean this up could be measured in 24hour periods now. DAYS! Nor are you taking into consideration the sacrifices (THROWING OUT OUR PERSONALY BELONGINGS THAT TOTAL IN THE THOUSANDS!) Ive had to endure. ***IVE HAD TO REMOVE MY SON FROM MY HOME FOR OVER A MONTH!!!!*** Do you have any idea the guilt I carry around because of such?! To know that I bought those beds in confidence of it being a good product, then to have this happen?! Its not your company who has to explain to a child that they're not allowed in their own home! Its not your company that has to explain he's lost all of his belongings because of your product. Im the one who has to explain that, and carry the guilt of having to do those things!!!


Also, with your offer, there is no clearity of if that includes the refund for the beds I had originally purchased or not? Is that to be included in your offer? If so, frankly, I find that extremely insulting and unacceptable! I would like to see this matter resolved, but if I am not to be taken seriously I'll have no choice but to find an alternative means to settling this dispute. This issue has consumed my time, my sons time, OUR TIME TOGETHER! It has been EXTREMELY emotionally, and financially taxing! I do not intend to be offensive but I am running out of patience on this matter!

**To:** ron_h_szeve@hotmail.com
**Subject:** [Zinus Support | Amazon]: PO #002-6715501-9825840

Dear Mr. Szeve,

I have discussed your complaint with Zinus, and Zinus is unwilling to pay you any more than $500 for fiberglass allegedly working its way through the outer mattress cover and spreading throughout your house. It is physically impossible for large amounts of fiberglass to pass through the fabric of the outer cover.

However, Zinus is willing to refund you $369 for the two mattresses you purchased (instead of sending you replacement mattresses). So Zinus will send you a check for a total of $869 ($369 plus $500) if you will sign and date the attached release and email a scanned version of the three pages back to me.

Sincerely,

Darien K. Wallace
Imperium Patent Works LLP
P.O. Box 607
Pleasanton, CA 94566
Tel: (925) 550-5067

---

**From:** Darien [mailto:darien@imperiumpw.com]
**Sent:** May 12, 2018 1:22 PM
**To:** 'ron_h_szeve@hotmail.com'
**Subject:** [Zinus Support | Amazon]: PO #002-6715501-9825840

Dear Mr. Szeve,

I am an attorney representing Zinus, Inc., which manufactures mattresses. You have been in contact with Natalie, who works for Zinus customer service, regarding two Green Tea Mattresses that you purchased on Amazon.com from Zinus in March of 2017. I have reviewed the correspondence between you and Zinus customer service.

In your initial comment on April 30, you imply that after normal use of your Zinus mattresses, fiberglass from the inner covers worked its way through the outer covers and spread throughout your house. You also imply that there is something improper about using fiberglass to make the inner fire barrier. Both of these contentions are incorrect.

With normal use, and certainly with normal use for only about one year, the fiberglass of the inner cover cannot work its way through the outer cover. The fiberglass mesh of the inner fire barrier is made from "continuous filament" fiberglass that with normal use does not break into airborne particles that can spread throughout your home or that can be inhaled. That is why the Consumer Product Safety Commission has determined that "continuous filament" fiberglass used in the inner cover of mattresses does not pose a risk of inhalation. (*See* 16 C.F.R. 1633, Federal Register, Vol. 71, No. 50, Section H3(c), p. 13479) Of course, if you remove the outer cover and lie directly on the inner fiberglass cover, then the continuous filaments could be broken into airborne particles. Using a fiberglass mesh, however, is the industry standard for complying with the federally mandated mattress flammability regulations codified by 16 C.F.R. 1633. Zinus uses fiberglass instead of carcinogenic chemical fire retardants to comply with those flammability regulations.

You claim that the pictures you sent clearly show that "the inner cover is missing in patches all over." Obviously, you could not have taken those pictures if the outer cover were not removed. The fiberglass mesh of the inner cover does not wear away in patches unless it is disturbed by direct contact, such as by sleeping directly on the fiberglass mesh or when children or pets are allowed to play on the mattress with the outer cover removed. That is why the law label on your Zinus mattress instructs you only to spot clean the mattress and not to remove the outer cover. Zinus even removed the pull tab from the zipper and sewed fabric over the zipper pull end to prevent you from opening the zipper. The removal of the outer mattress covers of your Green Tea Mattresses was "product misuse." Courts have held that if a warning is given, the seller can reasonably assume that it will be read and obeyed. The fiberglass would not have worn away in patches and spread to your belongings if you had not removed the outer mattress covers, which the law label warned against.

Thus, Zinus is willing to compensate you only partly for the consequences of your misuse of the mattresses. Zinus will not offer you more than $500 plus the replacement of the twin and full sized mattresses that you purchased in 2017. You may

**From:** Darien Wallace <darien@imperiumpw.com>
**Sent:** Friday, May 18, 2018 5:55 PM
**To:** 'Ronald Szeve' <Ron_H_Szeve@hotmail.com>
**Subject:** [Zinus Support | Amazon]: PO #002-6715501-9825840

Dear Mr. Szeve,

You will receive a check for $541 after I receive the signed and dated release agreement from you.  So please sign and date the release, and email a scanned version of the three pages back to me.

Darien Wallace

---

**From:** Ronald Szeve [mailto:Ron_H_Szeve@hotmail.com]
**Sent:** Friday, May 18, 2018 10:47 AM
**To:** Darien
**Subject:** Re: [Zinus Support | Amazon]: PO #002-6715501-9825840

Received my reimbursement check for 348. When should I expect the other 541?

**From:** Darien <darien@imperiumpw.com>
**Sent:** Monday, May 14, 2018 12:58:47 PM

1

## SETTLEMENT AGREEMENT AND RELEASE

The parties to this Settlement Agreement and Release ("Agreement") are Ronald H. Szeve (an individual) and Zinus, Inc., a California corporation ("Zinus").  Ronald Szeve resides at███████████████████, ██████████, Michigan █████.

WHEREAS, a dispute has arisen between the parties hereto relating to two mattresses that Ronald Szeve purchased from Amazon.com Services, Inc. on March 13, 2017 and had shipped to his residence.  One mattress was a Zinus Memory Foam 8 Inch Green Tea Mattress, Twin, and the other mattress was a Zinus Memory Foam 12 Inch Green Tea Mattress, Full.  Ronald Szeve removed the outer mattress cover exposing the inner fiber glass fire barrier.  The fiber glass fire barrier was disrupted, and glass fibers were spread throughout his home, including on clothing, blankets and personal belongings.  Ronald Szeve was forced to discard trash bags full of clothes, blankets and personal belongings.

WHEREAS, the parties desire to enter into this Settlement Agreement and Release in order to provide for a payment in full settlement and discharge of all claims which have, or might be made, by Ronald Szeve against Zinus and/or Amazon.com Services, Inc. by reason of the mattresses;

NOW, THEREFOR, for and in consideration of the mutual promises and undertakings set forth herein, the parties agree as follows:

1. <u>PAYMENT:</u>  Zinus will pay Ronald Szeve the sum of Eight Hundred Sixty-Nine Dollars ($869.00) by a check made payable to Ronald Szeve to be mailed to the residence address of Ronald Szeve within ten business days of Zinus receiving facsimile images of the pages of this Agreement with the signature page signed and dated by Ronald Szeve.  The facsimile images may be transmitted to Zinus by email.

2. <u>RELEASE:</u>  In consideration of the payment set forth in Section 1, Ronald Szeve hereby completely releases and forever discharges Zinus and Amazon.com Services, Inc. from any and all past, present or future claims, demands, obligations, causes of action, wrongful death claims, rights, damages, costs, losses of services, expenses and compensation of any nature whatsoever, whether known or unknown, whether based on tort, contract or other theory of recovery, which Ronald Szeve now has, or which may hereafter accrue or otherwise be acquired, on account of, or may in any way grow out of the mattress and related incident described in the recitals above, including, without limitation, any and all known or unknown claims for bodily and personal injuries to Ronald Szeve and/or any other person who was residing at his residence during the incident, or any future wrongful death claim of the representatives of Ronald Szeve that have resulted or may result from any acts or omissions of Zinus.

3. This release and discharge shall also apply to Zinus' past, present and future officers, directors, stockholders, attorneys, agents, servants, representatives, employees, affiliates, business associates (including Amazon.com), predecessors and successors in interest, and assigns and all other persons, firms or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

Szeve/Zinus release agreement #2



4.  This release shall be a fully binding and complete settlement among Zinus, Ronald Szeve and their assigns, successors and heirs.

5.  Ronald Szeve acknowledges and agrees that the release and discharge set forth above is a general release.  Ronald Szeve expressly waives and assumes the risk of all claims for damages that exist as of this date, but which he does not know or suspect to exist, whether through ignorance, oversight, error, negligence, or otherwise, and which, if known, would materially affect his decision to enter into this Settlement Agreement and Release.  Ronald Szeve agrees that he has accepted payment of the sum specified herein as a complete compromise of matters involving disputed issues of law and fact. Ronald Szeve assumes the risk that the facts or law may be other than he or she believes.

6.  WAIVER OF SECTION 1542:  Ronald Szeve expressly waives any and all rights under Section 1542 of the Civil Code of the State of California, and any like provision or principle of common law in any jurisdiction other than California.  Section 1542 provides as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

Thus, notwithstanding the provisions of Section 1542, and for the purpose of implementing a full and complete release and discharge, Ronald Szeve expressly acknowledges that this Agreement is intended to include in its effect, without limitation, claims and causes of action that Ronald Szeve does not know or suspect to exist in his favor at the time of execution hereof, and that this Agreement contemplates extinguishment of all such claims and causes of action.

7.  NO ADMISSION OF LIABILITY:  This Agreement effects the settlement of disputes which are denied and contested and nothing contained herein should be construed as an admission by any party of any liability of any kind with respect thereto. Zinus expressly denies all such liability, including but not limited to all liability resulting from using fiber glass as a fire barrier inside the outer covering of a mattress.

8.  NO DISPARAGEMENT:  Neither Ronald Szeve, nor any agent of his, shall publish (including on the internet) any statement expressing, suggesting, or implying that Zinus admitted any liability in connection with the mattresses and related incident described in the recitals above.  Neither Ronald Szeve, nor any agent of his, shall disparage or defame Zinus in any respect or make any derogatory comments (including on social media, youtube or other internet websites) regarding Zinus' products, including but not limited to Zinus' use of fiber glass instead of chemical fire retardants to comply with federal mattress flammability regulations (16 C.F.R. 1633) and the California open flame ignition resistance regulations (California Technical Bulletin 117).

9.  ENTIRE AGREEMENT:  This Agreement sets forth the entire agreement between the parties and supersedes any and all prior oral or written agreements or understandings

Page 2 of 3

between the parties concerning this subject matter.  This Agreement may not be altered, amended or modified except by a further writing signed by the parties.

10.   VENUE:  This Agreement shall be construed in accordance with, and governed by, the laws of the State of California without regard to conflicts of laws rules.  Alameda County, California, shall be the exclusive forum for the resolution of disputes between the parties arising out of this Agreement.  In any action to enforce the terms of this Agreement, the prevailing party shall be entitled to reasonable attorneys' fees and costs.

11.   CONFIDENTIALITY:  Except if required to enforce the terms herein, the terms of this Agreement and the manner and resolution of the dispute shall be strictly confidential from the date of this Agreement forward.  The parties shall be entitled to disclose that this matter has been settled and nothing more.

12.   COUNTERPARTS:  This Agreement may be executed and delivered in two or more counterparts, each of which when so executed and delivered shall be the original, but such counterparts together shall constitute but one and the same instrument.  The parties agree that an emailed copy of the agreement will be enforceable.

13.   UNENFORCEABLE TERMS:  In the event that any provisions of this Agreement shall be held to be void, voidable or unenforceable, the remaining portions hereof shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this instrument on the dates indicated below.


DATE: _____        By:_____
                                                              Ronald H. Szeve



                                                              Zinus, Inc.


DATE:_____         By:_____
                                                              Brad Song
                                                              CFO

Szeve/Zinus release agreement #2