EXHIBIT A



⌄ See more

## Top reviews

  Benjamin b.

☆☆☆☆☆ **Verified Purchase**

Reviewed in the United States on December 25, 2018

Size: King     Style Name: 12 Inch

**DO NOT UNZIP MATTRESS COVER!!!!**

DO NOT UNZIP THE MATTRESS COVER!!! We really enjoyed this mattress for the first year and a half. Our son had an accident on the mattress so we tried to clean it without removing the mattress cover but couldn't get the stain out. We regrettably then decided to remove the outer cover and unleashed a invisible fiberglass storm into our house. We have spent thousands of dollars trying remediate this disaster. We hired Servpro to help filter out all of the fiber glass particles in the air.

We have little fiber glass shards in everything that won't wash out. We will have to throw out all of our clothing, bed, mattress, sheets, blankets, towels and pretty much everything with cotton. Btw... I called Zinus and they told me "yes we are aware and that's why it says not to remove the cover." Then why did you put a zipper on it?!?!?

If you took the time to read this PLEASE LISTEN TO ME

DO NOT UNZIP THE MATTRESS COVER!!!!!!!!!

8,896 people found this helpful

| Helpful | Report |
|---------|--------|

  K Mower ▬▬▬▬▬▬▬▬▬

Amazon.com: Customer reviews: Signature Sleep Memoir 12-Inch Memory Foam Mattress, Queen Size



543 people found this helpful

Helpful     2 comments    Report abuse

 eam1999

### FIBERGLASS INNER COVER!
Reviewed in the United States on November 26, 2017
Size: King    Style: 12" Memory Foam    Verified Purchase

We LOVED this mattress for 20 months. Today I took the outer, zippered cover off to wash (as it says you can). A few minutes later, my forearms were itching and burned when I rubbed them. So I googled and turns out, the INNER cover is made of fiberglass. There are tiny shards of this stuff everywhere. I'm so upset- I have no idea how to get this stuff out of my house.

IF YOU HAVE THIS MATTRESS PLEASE DON'T REMOVE THE OUTER COVER!!

642 people found this helpful

Helpful     7 comments    Report abuse

 Kentucky Prepper

### Do NOT buy! Health risk if cover rips. GLASS SHARDS
Reviewed in the United States on March 2, 2019
Size: Queen    Style: 8" Memory Foam    Verified Purchase

Be warned! If you rip or damage the inner cover of this mattress you will have sparkly clothes forever! The inner cover is made of Glass Fiber, not to be confused with fiberglass. According to the email I received from the maker this is nothing to worry about. It is nuicense though and almost impossible to clean up. I was so worried when I saw the millions of shards that it may be dangerous to breathe but while doing research found this info:

The North American Insulation Manufacturers Association (NAIMA) claims that glass fiber is fundamentally different from asbestos, since it is man-made instead of naturally occurring.[19] They claim that glass fiber "dissolves in the lungs", while asbestos remains in the body for life. Although both glass fiber and asbestos are made from silica filaments, NAIMA claims that asbestos is more dangerous because of its crystalline structure, which causes it to cleave into smaller, more dangerous pieces, citing the U.S. Department of Health and Human Services:

I gave them a 1star because this is supposedly the cheapest way to fireproof a mattress. Also some people may be allergic to this material when the bed was said to be hyper allergenic. I have owned the mattress for 3 years now.

96 people found this helpful

Helpful     Comment    Report abuse

 Kieren

### Inaccurate description, inconsistent thickness, poor quality and various defects.
Reviewed in the United States on January 4, 2018
Size: Twin    Style: 6" Memory Foam    Verified Purchase

---

3
Cart

Subtotal $64.87

4 recent changes in Cart

Proceed to checkout

☐ This order contains a gift



˅ Read more

334 people found this helpful

| Helpful |  Report

 Jessica Lamken

☆☆☆☆☆ **FIBERGLASS IN BED!!!**

Reviewed in the United States on December 22, 2017

**Verified Purchase**

Size: King     Style Name: 12 Inch

I thought for a long time about buying this bed. Finally pulled the trigger after reading the reviews. We got the bed and unpackaged it. It smelled awful but I knew that was a possibility and to give it a few days to air out. I even opened the windows and pointed a fan full blast at it. We gave it a whole week!! The smell did get better but was still there.. I decided To take the cover off to possibly wash it.. BAD IDEA!!!! The layer underneath the cover (which can't be washed and should NOT be taken off) is FIBERGLASS!!! Says right on the tag!!??? In a bed??? Sorry but I do not think that can be healthy to be breathing in every night! I will not sleep on the bed, amazon was great with my refund. I even went to the Zinus website and they claim their beds are made with "MAGICAL RECIPIES" nice.. Terrible company basically lying to people about what they are actually sleeping on. NO THANKS! You get what you pay for.

˄ Read less

508 people found this helpful

| Helpful |  Report

 Will

☆☆☆☆☆  **Caution: If damaged or defective, Amazon/Zinus ~~will make you ship it back~~ to them!**



 **Byron**

☆☆☆☆☆ **Fiberglass issue. DO NOT PURCHASE**

Reviewed in the United States on September 12, 2018

**Verified Purchase**

Size: Queen  |  Style Name: 12 Inch

I've only had the mattress for a year now and I started to notice that my clothes and sheets were making me really itchy. I wasn't sure what the problem was for a couple of months and thought it had something to do with my detergent options. But after plenty of research and investigation, I noticed the tiny shiny shards of fiber glass on my sheets. Then I inspected the mattresses outer covering and it had fiberglass all over it! Now I have to decontaminate all of my clothing and furniture in my home! Which takes a lot of time and money to do! They tell you not to remove the mattress cover because under it, is a fiberglass layer. I've contacted their customer service requesting a full refund seeing as how I still had this problem even with the mattress cover still on. I'll update this review after I hear back. Do not purchase this mattress unless you're willing to risk the issue of the fiberglass health issue and annoyance.

^ Read less

11 people found this helpful

| Helpful | Report |

 **Megs**

☆☆☆☆☆ **Unable to return...**

Reviewed in the United States on June 19, 2017

**Verified Purchase**

Size: California King    Style Name: 12 Inch

I received my ma~~ttress without incident~~, but after giving



I actually ordered 4 of these Beds, two of which are or seem to be made from different material. Second, STAY AWAY from it. Ever since I've got these bed, I've seemed to be experiencing Horrible shoulder pain, I went to my chiropractor and told me my triceps tendons are being injured. I can only sleep on my back, which is very

˅ Read more

3 people found this helpful

Helpful    Report

 Gautam B

☆☆☆☆☆ **Do Not Remove cover**

Reviewed in the United States on October 22, 2018

**Verified Purchase**

Size: Queen    Style Name: 12 Inch

This mattress has fiberglass and I had a really bad experience with it. I removed the cover to wash it and now its everywhere, in every single cloth in the house and it itches like crazy. I have to throw out the bed, bedsheet, pillows and all my cloths. It is a really bad experience.

5 people found this helpful

Helpful    Report

 Jade

☆☆☆☆☆ **Too Firm**

Reviewed in the United States on August 28, 2017

**Verified Purchase**

Size: Full    Style Name: 8 Inch

I am a college student who was looking for a comfortable mattress that I could invest in after having come from a furnished apartment whose rock hard



I found myself in much less pain. I was hoping over time
∨ Read more

8 people found this helpful

Helpful | Report

 Amazon Customer

☆☆☆☆☆  **Caution: Made of Glass Fibers!**

Reviewed in the United States on February 14, 2019

**Verified Purchase**

Size: Queen  |  Style Name: 12 Inch

Caution: This product is made of glass fibers! I did not
know that until I saw the glass fibers in my bedroom!
This should have been advertised, but I could not find it
anywhere. I would not have purchased it if I knew I
would be sleeping on fiberglass. Per Zinus employee,
"Zinus complies with federal and state fire retardant (FR)
regulations without using any harmful chemicals.
Instead, we use a chemical-free inner covering woven
from glass fibers that surrounds the foam. So the outer
mattress cover should not be removed, which would
expose and damage the inner fire barrier. The use
instructions on the mattress label warn against
removing the outer mattress cover."

∧ Read less

5 people found this helpful

Helpful | Report

 Joe

☆☆☆☆☆  **The Toxic Effect is Real**

Reviewed in the United States on October 17, 2018

**Verified Purchase**

Size: Twin    Style Name: 12 Inch



˅ Read more

One person found this helpful

[ Helpful ]   Report

 Nicole Fitzpatrick

☆☆☆☆☆ **Didn't fully expand, and contains fiberglass (!)**

Reviewed in the United States on February 21, 2019

**Verified Purchase**

Size: Queen | Style Name: 12 Inch

I ordered for our guest bedroom based on a positive Wirecutter review. 12 inch mattress arrived and I opened within 72 hours as instructed. After a week expanded to 8/8.5 inches. Called Amazon who offered to refund or send another one. I opted for another as I need a mattress. Second mattress has expanded in exactly the same way, and in my search of reviews to see if others experienced this, I see multiple reports that the mattress is sheathed in fiberglass under the protective cover (which comes with a zipper- implying it's removable when clearly it's not if there's fiberglass underneath). So now I have two undersized mattresses. I called and asked them to just refund the difference between the 8 inch size and the 12, since I feel weird asking for a refund on something I now have 2 of. But the whole fiberglass thing does not sit well- feels like only a matter of time when that becomes an issue. I'd avoid this one.

˄ Read less

3 people found this helpful

[ Helpful ]   Report

 Tabitha White

☆☆☆☆☆ **Super Uncomfortable after a few months.**



Helpful    Report

 Melanie

☆☆☆☆☆  **Fiberglass!!!!**

Reviewed in the United States on March 19, 2019

Verified Purchase

Size: Twin    Style Name: 10 Inch

DO NOT TAKE THE COVER OFF THIS MATTRESS! There is fiberglass in this mattress. I made the mistake of taking the cover off to wash it and the fiberglass got in all our clothes and linens and won't come out. It is costing me hundreds of dollars to replace clothes and linens. A nightmare!!!

10 people found this helpful

Helpful    Report

 ashleyann

☆☆☆☆☆  **DO NOT ORDER THIS!!**

Reviewed in the United States on January 15, 2018

Verified Purchase

Size: Queen    Style Name: 12 Inch

I can't believe this had a single good review... we've had ours about 3 weeks and it still hasn't inflated completely, it's sunken in and sinks in even deeper when my son gets into bed. He's THREE! The smell has still not dissipated and if I leave his door closed for the day, his room reeks like chemicals once I open the door. I don't

˅ Read more

23 people found this helpful

Helpful    Report



months at this point. For the first 3 months, the mattress was great. It was firm and supportive and eliminated my back pain. Now, 6 months later, I'm

˅ Read more

3 people found this helpful

| Helpful | Report |

 **Kaylee**

☆☆☆☆☆ **FIBBER GLASS**

Reviewed in the United States on April 27, 2019

**Verified Purchase**

Size: King    Style Name: 12 Inch

PLEASE STAY AWAY FROM THIS MATTRESS! There is FIBERGLASS UNDERNEATH THE COVER WHICH IS CENTAMETERS FROM YOUR FACE !
There is FIBER GLASS ON MY CLOTHES,ON MY SKIN & ON MY BABYS CRIB! You don't even have to open the cover after a while it start protruding through!WHAT A MESS . I Don't EVEN KNOW WHERE TO START 😔

6 people found this helpful

| Helpful | Report |

 **Steve**

☆☆☆☆☆ **Sad to get a stinky sinky sweat box**

Reviewed in the United States on June 28, 2018

**Verified Purchase**

Size: Full    Style Name: 12 Inch

First let me start by saying this is not our first memory foam mattress. I've reviewed similar mattresses with glowing reviews. Unfortunately our experience was not the same here.
Now we did get a partial refund on the order, as amazon replaced it, but i would not recommend this mattress to



6 people found this helpful

Helpful    Report

 Michael Careaga

☆☆☆☆☆ **Fiberglass** 😞

Reviewed in the United States on May 19, 2019

Verified Purchase

Size: King    Style Name: 12 Inch

Bought this 2 years ago, my husbands asthma started acting up. We thought it was because of the condo we moved into the same time we bought the mattress, but since have moved and in our new home he continues to have issues with his asthma. After checking to see if I could remove the cover I discovered there is fiberglass lining our mattress. I called the manufacturer they told me to call amazon, I called amazon, they told me to contact the manufacturer. Had i known there was fiberglass in the mattress beforehand, I wouldn't have purchased this. I know it's there to make the mattress flame retardant but I'd rather my bed burst into flames than have fiberglass lining it. Maybe that's just me. 🙇 Basically I'm out 400 dollars a bed. Just putting this out there for anyone who is considering this mattress. It is very comfortable, but I don't want to risk mine or my husbands health.

^ Read less

6 people found this helpful

Helpful    Report

 Em

☆☆☆☆☆ **Paid for a 12", received a 10" (and now stuck with it)**

Reviewed in the United States on July 23, 2017



10:07
◀ Search



Rebecca

☆☆☆☆☆  **Health risk: mattress sheds fiberglass through its cover! Product should be banned!**

Reviewed in the United States on May 30, 2019

Verified Purchase

Size: Queen    Style Name: 12 Inch

I've been a Prime member for a long time and have never received a product that I felt a real need to write a negative review for UNTIL I received this Zinus mattress. Long story short: this mattress sheds fiberglass THROUGH THE COVER (you don't have to remove the cover for this to happen). It's a health risk and should be recalled and banned from being sold in the US! Please don't make the mistake of buying this - it's cheap and may feel comfortable at first, but it's not worth risking lung and skin irritation from fiberglass.

I purchased the 12" because it was so much more affordable than the other bed-in-a-box options I was looking at, and it has a large number of (mostly) positive reviews. I was a little worried after reading some fiberglass horror stories - if you don't know what I'm talking about, just search "fiberglass" in the reviews or search "Zinus fiberglass" online. You'll find multiple terrifying reviews about people who made the mistake of removing the cover, which led to tons of fiberglass escaping from the mattress and ruining their clothes and bedrooms. I ignored these because I assumed the fiberglass couldn't cause issues as long as the cover was never removed. I WAS WRONG!

The mattress was comfortable enough for the money I spent, but it wasn't very supportive and I nearly returned it just because it was overly soft. After sleeping on it for 2-3 nights, I noticed tiny rashes on my body that seemed to be popping up overnight. Nothing major, but it made me start wondering about the fiberglass. After a couple more nights I was noticing that I would



Helpful    Report

 Lizy

☆☆☆☆☆  **Like a fiberglass bomb went off in my house**

Reviewed in the United States on June 6, 2019

Verified Purchase

Size: Twin  |  Style Name: 6 Inch

So this matress is fine for comfort, I'm fortunate that I dont suffer from back problems and I'm not fancy enough for a real bed and I usually just buy beds from Amazon every few years...BUT I didn't read any reviews that mentioned the fact that if you take the cover off (or even if it unzips itself with its cheap zipper, or a pet rips the cheap weird fabric), your house will be COVERED in tiny shards of fiberglass. Yeah, the same stuff in house insulation that you have to shower if you touch. I had to wash the cover when my dog decided to throw up on my bed and I couldn't spot clean it. The cover looked horible after handwashing it (rips and pills everywhere), and after I put it back on I started finding little shiny fibers on every surface in my room (BIllions, not just a few here and there), especially where I sleep. It completely covers my pillows and sheets, its in my hair, my eyes, my nose, my mouth. Its all over all my clothes. It doesnt come out in the wash. So far my only health problems that I can definitely say are from this are itchy skin and face and dry nose, but this product is causing paranoia, loss of sleep, and damage of property. When I googled this problem I saw yall were on the news getting sued by several people. If I get Mesothelioma from this mattress I hope I'm entitled to financial compensation. Shame on you for using dangerous matirials in products marketed to poor people.

^ Read less

4 people found this helpful

Helpful    Report



6 people found this helpful

Helpful    Report

 Beach Gal

☆☆☆☆☆  **Fiber Glass Mattress! Read the Label!**

Reviewed in the United States on August 20, 2019

Verified Purchase

Size: Narrow Twin    Style Name: 6 Inch

This mattress looked lovely, inflates well, moderate odor
for 3 days outdoors, ho2ever I wanted to love it but
after reading the TAG sewed on the mattress I realized it
was 61% GLASS FIBERS! Seriously sleeping on fiber
glass!! NOT Me! Their description made the bed sound
"Healthy".. Sent them back and they don't want to give
me a full refund for New Mattresses shipped back as
they requested.. They would have been comfortable but
not sleeping on that junk getting glass fibers in my skin,
eyes and throat, SHAME on them!

^ Read less



5 people found this helpful

Helpful    Report

 Jose Ramirez

☆☆☆☆☆  **Does not last as long as others**

Reviewed in the United States on August 2, 2017



 Kindle Customer

☆☆☆☆☆   **A pin hole is enough to destroy your life**

Reviewed in the United States on August 21, 2019

**Verified Purchase**

Size: King    Style Name: 10 Inch

I'm not one to write positive or negative reviews, but I feel compelled to in this case because there are so many positive reviews it's concerning. I bought my first Zinus in July and it never fully expanded. I had slept on one for a while before and loved it so when amazon offered to send a replacement for the defective one I said sure. Well - that's when everything got infinitely worse. First of all the second one did not fully expand either. It got to about 8.5 or 9 inches. At this point I needed a good night's sleep so I just made the bed and got ready to go to bed. That's when I noticed my sheets were sparkling. Whelp - lucky me. The second mattress had a very small hole in the cover. Maybe it was there when I bought it, maybe I nicked it taking it out of the package, I dunno. Doesn't really matter. Because out of that tiny hole the mattress has somehow managed to eject a TON of glass fibers. This is why I feel compelled to review. Yes the cover says don't remove but I did not remove anything. But as this thing wears - other people will develop holes and end up in the same situation I'm in. I've now had to clean the entire room multiple times and I'm still chasing down sparkly fibers. I understand this glass fiber is a common practice but I would warn anyone to avoid it if at all possible. I'm sure what I'm experiencing is probably an anomaly, but the aggravation and effort put into cleaning my house is not worth the savings or the comfort. That said - this is a very comfortable mattress. I have back problems and for years had severe back spasms throughout the day. I bought this specific mattress because I rented a house on vacation and they had this mattress in the bedroom. I went an entire week without any back issue. It was amazing. That said, my back is now killing me from the countless hours of



 Jayden

☆☆☆☆☆ **BEWARE FIBERGLASS Too firm never expanded**

Reviewed in the United States on September 18, 2019

**Verified Purchase**

Size: Full   Style Name: 6 Inch

It never expanded all the way so I just bought a topper. It only went to about 4 inches. The very thin cover ended up ripping apart exposing the fiber glass. This is very dangerous and creates permanent damage in your lungs and gets everywhere. You're supposed to have a ten year warranty but zinus wouldn't honor it saying I shouldn't remove the cover even though I told ten people it fell apart. I contacted three different people at amazon and finally got a refund but they wanted me to drop it off at a ups store. Why would I want to carry something covered in fiberglass and put it in my car? They also said it had to be put back in a box which is impossible after it expands, and I'm not about to wrestle a bed covered in glass into a box. After contacting three people at zinus and three people at amazon I got a refund. I should be compensate for the permanent medical damage and having to replace my expensive sheet set comforter and mattress topper I had to buy since it never expanded fully. DO NOT BUY. Get an Ashley signature they actually care about your safety.

^ Read less

One person found this helpful

| Helpful |

Report

 HN

☆☆☆☆☆ **NOT worth the trouble!**

Reviewed in the United States on August 3, 2019



∨ Read more

10 people found this helpful

Helpful | Report

 Cayla

☆☆☆☆☆   **Beware! Fiberglass! I wish I could love this mattress. :(**

Reviewed in the United States on December 4, 2019

Verified Purchase

Size: Queen | Style Name: 12 Inch

This WOULD be the perfect mattress! Except for the fact that it has FIBERGLASS as the fire resistant under-cover. I am extremely disappointed that this is even a thing that's allowed. It is extremely dangerous for your health, and after some time of being used, the fiberglass will slowly make it's way out of the top cover getting all over your sheets, house, and you! After finding this out, and having issues with our mattress being faulty, we received a refund and got rid of it. We ended up going with a USA-made mattress with NO fiberglass. I SO wish I could love this mattress, because it was incredibly comfortable. But until Zinus gets rid of the fiberglass, I will not purchase any of their mattresses again.

∧ Read less

One person found this helpful

Helpful | Report

 Amazon Customer

☆☆☆☆☆   **VERY DISAPPOINTED!!**

Reviewed in the United States on October 5, 2019

Verified Purchase

Size: Queen | Style Name: 12 Inch

The first few days I slept on this bed, i thought it was the



☆☆☆☆☆ **Do not buy this mattress, it is a serious health hazard.**

Reviewed in the United States on December 29, 2019

**Verified Purchase**

Size: Twin | Style Name: 12 Inch

The mattress is encased in fiberglass fabric underneath the outermost cover. The outer cover is flimsy and does not do a good job of keeping the harmful fiberglass filaments contained, even when fully intact.

My wife purchased this mattress two years and two months ago, and was initially very pleased with how comfortable it was for the price.

Shortly after purchasing the mattress, she developed moderate asthma. It's unclear whether the mattress was the primary cause or exacerbated other causes and it didn't occur to us that the mattress was involved–until we recently saw shards of fiberglass all over her room.

After about a year, the liner started to disintegrate around the zipper, and the mattress inside of it was visible. As mentioned by other reviews, the liner says "do not remove," but despite that, it has a zipper. About two years after purchase (i.e., a month ago), she removed the liner, as it wasn't containing the mattress anyway. Soon after, her respiratory problems became far worse, having to use her inhaler 9-10 versus 1-2 times a day.

Two nights ago she shined a bright light in the dark and saw fiberglass filaments all over her bed, sheets, clothes, and elsewhere in the room. They are straight, white and sparkle like crystals (see above reviews). The fiberglass elements were on the steps up to her loft, which I vacuumed, but a light shone on the steps afterward indicated the fiberglass particles remained. After sleeping in a different room for two nights, my wife's respiratory problems have improved immensely.



 MB

☆☆☆☆☆ **Glass Fibers Every where after year of Use..(Health Hazard +KIDS Lungs can get effected)**

Reviewed in the United States on February 3, 2020

**Verified Purchase**

Size: Full | Style Name: 12 Inch

Please be aware and pay heed to all one star reviews posted here . The fiber glass Is real thing which you will never be aware of until and unless you beam a flashlight on mattress surface areas which are subjected to STRESS. All these Glass fibers would start to glisten. (Smear with Black cloth and then shine flash light if difficulty seeing on white surface)

They are every where and were there for a year(s) and My Kids and Myself were breathing on them. There some studies indicating that these fiber glass could be carcinogenic in long term.

Instead of buying a Zinus mattress I sincerely request to Sleep on Bare floor /BED if you cannot get a different or better mattress .

⌃ Read less



3 people found this helpful

| Helpful | Report |
|---------|--------|





 reddyfeet

☆☆☆☆☆ **What an ugly surprise!**

Reviewed in the United States on March 16, 2020

**Verified Purchase**

Size: Narrow Twin | Style Name: 6 Inch

The reviews mostly looked promising and the price attractive, so I purchased a narrow twin for my office daybed. Along with it I bought a quilted waterproof mattress cover, which went through a laundry cycle before use. About three weeks ago I started being bothered by intense itching on my shoulders and trunk, with welts appearing wherever i scratched.
It took me a couple of weeks to figure out that what I felt were sharp, tiny, fiberglass-like filaments that took almost two months to work their way through the cover, mattress pad and sheets., their progress delayed by sheet changes. Another look at reviews read that I wasn't alone.
It was out of warranty when I contacted customer service, but in the end I received a refund and permission to throw the thing out. Now, on to do a deep cleaning of whatever it left behind.

^ Read less

One person found this helpful

| Helpful | Report |
|---------|--------|

 Burn-E

☆☆☆☆☆ **They do not honor warranty**

Reviewed in the United States on May 16, 2019

**Verified Purchase**

Size: Full | Style Name: 12 Inch

They do not honor their warranty. After a year, the mattress over expanded and it does not fit the bed



 Ian t.

☆☆☆☆☆ **FIBERGLASS IN THE MATTRESS!!!! STAY AWAY**

Reviewed in the United States on April 18, 2020

Verified Purchase

Size: King     Style Name: 12 Inch

Mattress is comfortable for the price but no where does the packaging or product listing include a warning that if you remove the mattress covering, you will contaminate you're room and possibly entire house with fiberglass. I noticed a stain on my mattress cover so I took it off to clean. Within 5 minutes I noticed that my body was itching and I have had fiberglass on my skin before so I recognized the sensation. I couldn't believe it when I looked but my mattress and entire room was COVERED in fiberglass. Apparently companies like Zinus that offer cheap memory foam mattresses resort to using a fiberglass lining in beds to meet national flame retardant requirements. If Zinus had taken the courtesy to provide a proper safety warning, me and my family would not be going through an extreme health hazard right now. I do not recommend this mattress to anyone and I encourage consumers to go to a quality brand that does not use fiberglass linings or harsh chemicals to cut corners to meet "regulations". Do your research and don't let Zinus take advantage of you! Also I forgot to mention that Zinus may say not to take mattress cover off but it literally has a zipper as if your able to take off and clean like a normal person would assume yet to only find out this is exactly not what your supposed to do. HEY ZINUS, TAKE THE ZIPPER OFF! DONT ALLOW PEOPLE TO HARM THEIR FAMILIES, SAFETY COMES FIRST, THINK ABOUT THE CUSTOMER!!!!

^ Read less

Helpful     Report