# EXHIBIT B

UNDER PENALTY OF LAW THIS
TAG NOT TO BE REMOVED
EXCEPT BY THE CONSUMER

ALL NEW MATERIAL

## Consisting of

POLYURETHANE FOAM 63%

VISCOELASTIC POLYURETHANE FOAM 37%

REG. NO. CA 39259 (CN)

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

DISTRIBUTED BY
ZINUS INC
1951 Fairway Drive
Suite A
San Leandro, CA 94577

Date of Delivery: _____
Finished Size: 80in.(L)x76in.(W)x12in.(H)
: 203cm(L)x193cm(W)x30.48cm(H)
Net Weight of Filling Mat: 72lbs 2oz
: 32kg 680g
Outer cover : 100% Polyester
Inner cover : 100% Glass Fiber

MADE IN CHINA

UNDER PENALTY OF LAW THIS
TAG NOT TO BE REMOVED
EXCEPT BY THE CONSUMER

ALL NEW MATERIAL
Consisting of
POLYURETHANE FOAM 64%
VISCOELASTIC POLYURETHANE FOAM 36%

REG. NO.: CA 39259 (CN)

Certification is made by the manufacturer
that the materials in this article are
described in accordance with law.

DISTRIBUTED BY
ZINUS INC
1951 Fairway Drive
Suite A
San Leandro, CA 94577

Date of Delivery: _____
Finished Size: 75in.(L)x54in.(W)x12in.(H)
Net Weight of Filling Mat: 49lbs 2oz
Outer cover - 100% Polyester
Inner cover : 64% Glass Fiber 28% acrylic 8% Cotton

MADE IN CHINA

UNDER PENALTY OF LAW
THIS TAG NOT TO BE REMOVED
EXCEPT BY THE CONSUMER

ALL NEW MATERIAL
Consisting of
POLYURETHANE FOAM 79%
VISCOELASTIC POLYURETHANE FOAM 21%

REG. NO.: UT 5321 (ID)

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

MADE FOR
ZINUS INC
5731 Promontory Parkway
Tracy CA 95377

Date of Delivery: 23 JAN 2020
Finished Size: 75in.x30in.x6in. (TO CONSUMER)
Net Wgt. of Filling Matl: 12lbs. 6oz.
Outer Cover: Top/Border-100% Polyester
            Bottom-100% Polypropylene
Inner Cover: 62% Glass Fiber, 29% Acrylic, 9% Cotton

MADE IN INDONESIA

UNDER PENALTY OF LAW
THIS TAG NOT TO BE REMOVED
EXCEPT BY THE CONSUMER

ALL NEW MATERIAL
Consisting of
POLYURETHANE FOAM 79%
VISCOELASTIC POLYURETHANE FOAM 21%

REG. NO.: UT 5321 (ID)

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

MADE FOR
ZINUS INC
5731 Promontory Parkway
Tracy CA 95377

Date of Delivery: _____
Finished Size: 75in.x30in.x6in.
Net Wgt. of Filling Mat'l: 12lbs. 6oz.
Outer Cover: Top/Border-100% Polyester
Bottom-100%Polypropylene
Inner Cover: 62% Glass Fiber, 29% Acrylic, 9% Cotton

MADE IN INDONESIA