EXHIBIT D































>











> :
> Sent from my iPhone