# EXHIBIT E





Case 3:20-cv-00265-DWD   Document 124-5   Filed 07/01/22   Page 3 of 4   Page ID #1362

