EXHIBIT F

SERVPRO of Yamhill & Tillamook Co. &
Hillsboro/Forest Grove
PO Box 1786
Hillsboro, OR  97123
(503) 648-8513



# INVOICE

**BILL TO**
Sarah Torrella

**INVOICE #** 5200382
**DATE** 06/11/2020
**DUE DATE** 07/11/2020
**TERMS** Net 30

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06/11/2020 | General Cleaning | Fiberglass cleaning, per estimate dated 06/11/2020 | 2,072.36 |
| | | BALANCE DUE | **$2,072.36** |

# P R O P O S A L

Spaulding Decon - Austin
1029 Reinli St
#9
Austin, TX 78723
(512) 651-1067

512-643-1771

www.spauldingdecon.com



| **Billing/Service Address** | | Date | February 12, 2020 |
|---|---|---|---|
| Brittney Rodriguez | | Total | $4,345.00 |



This proposal expires on 3/13/2020

## N O T E S

Home requires removal and clean up of fiberglass throughout entire home from mattress deterioration. Clean up will require multiple visits for HEPA vacuuming and wipe down of all surfaces.

# P R O P O S A L

Spaulding Decon - Austin
1029 Reinli St
#9
Austin, TX 78723
(512) 651-1067

512-643-1771

www.spauldingdecon.com



**Billing/Service Address**

Brittney Rodriguez



| Date | February 12, 2020 |
|---|---|
| Total | $4,345.00 |

This proposal expires on 3/13/2020

## N O T E S

Home requires removal and clean up of fiberglass throughout entire home from mattress deterioration. Clean up will require multiple visits for HEPA vacuuming and wipe down of all surfaces.



Generated By: Scott Green
Phone: (618) 444-2638

AdvantaClean of Madison County
518 Western Ave
Collinsville, IL 62234
(618) 307-4775

| Proposal # | Date |
|---|---|
| 00481400 | 05/08/2020 |
| **Customer #** | **Valid Until** |
| C - 483534 | 30 Days From Above Date |

| Billing Address |
|---|
| John Ladas |

| Service Address |
|---|
| John Ladas |

| QTY | Units | Product | Description | |
|---|---|---|---|---|
| Mold Production | | | | $5,479.13 |
| 1 | Each | ENV - Summary - Interior Remediation | Summary - Interior Fiberglass Removal | |
| Duct Production | | | | $550.00 |
| 1 | | AD - Air Duct Minimum | | |
| | | | Subtotal ($) | 6,029.13 |
| | | | Total ($) | 6,029.13 |

_____  _____
Authorized By                                               Date

*Each AdvantaClean location is independently owned and operated*

Case 3:20-cv-00265-DWD   Document 124-6   Filed 07/01/22   Page 6 of 18   Page ID #1369



Generated By: Scott Green
Phone: (618) 444-2638

AdvantaClean of Madison County
518 Western Ave
Collinsville, IL 62234
(618) 307-4775

| Proposal # | Date |
|---|---|
| 00481400 | 05/08/2020 |
| **Customer #** | **Valid Until** |
| C - 483534 | 30 Days From Above Date |

## Scope of Work - Mold Production

**Contents Cleaning:**

Miscellaneous contents and bric-a-brac items will be cleaned by HEPA vacuuming and damp wiping semi-porous and non-porous items with an anti-microbial disinfectant solution.

**HVAC System Off:**

The HVAC System servicing/running through the remediation work area may be shut off during the remediation in order to establish and maintain negative pressure within the containment. Depending on the location of the central HVAC system, this may leave portions of the structure without heat or air for the duration of the remediation process. Depending on the outside conditions at the time remediation is performed, auxiliary temporary climate control may be required during remediation. Costs associated with temporary climate control are not included in this estimate.

**Fiberglass Removal:**

Establish negative pressure in the home. Any HVAC vents are to be closed and / or temporarily sealed as needed to obtain negative pressure within the containment system relative to the inhabited space and / or the outdoor environment. All exhaust lines are to be HEPA filtered.

HEPA vacuum all walls, ceilings, floor, and flat surfaces within the home.

Thoroughly clean the exposed substrates and flat surfaces, including any exposed mechanical components and fixtures, on all exposed sides with an anti-microbial disinfectant solution.

**Hidden Damage:**

This Scope of Work is based upon visual observations at the time of inspection. Occasionally, hidden or additional damage is discovered during the course of work that could expand the scope or result in additional charges. Should this occur during this project, the owner or owner's agent will be notified and a change order issued and accepted before commencing any additional work.

**No Repairs Included:**

This Scope of Work and quote is for Investigative Demolition and Microbial Remediation ONLY. It does not include any replacement of the building materials removed during the remediation process, unless items are specifically outlined above.

## Scope of Work - Duct Production

**Introduction:**

AdvantaClean performs Air Duct and HVAC Systems cleaning in accordance with the only recognized standard for air duct cleaning, the National Air Duct Cleaners Association (NADCA) ACR-2013.

**General Duct Cleaning:**

*Each AdvantaClean location is independently owned and operated*



Generated By: Scott Green
Phone: (618) 444-2638

AdvantaClean of Madison County
518 Western Ave
Collinsville, IL 62234
(618) 307-4775

| Proposal # | Date |
|---|---|
| 00481400 | 05/08/2020 |
| **Customer #** | **Valid Until** |
| C - 483534 | 30 Days From Above Date |

Scope of work includes cleaning all interior components of the air conveyance system (i.e. sheet metal ducts, rigid fiberglass ductboard, and flex duct). Cleaning will properly remove lint, hair, fungi, dirt and other foreign materials and residues. The cleaning procedures shall be accompanied by the use of specialized equipment, (i.e., high efficiency vacuum system utilizing HEPA filters, high pressure washers, duct brushes, etc.), as required.

Access openings may be cut in the ducts as required for proper cleaning at various points of the duct system for physical and mechanical entry. Openings shall be resealed with matching gauge galvanized plates with outside frame sealed and screwed to the ductwork. Fiberglass ductboard openings shall be cut on an angle to allow for reattachment. All access covers will be sealed by an approved UL listed product and shall be in accordance with SMACNA standards.

All dampers and splitter-dampers will be returned to their original setting upon completion of the cleaning process.

Exterior surfaces of grills and diffusers will be treated with a non-toxic, disinfecting solution.



Generated By: Scott Green
Phone: (618) 444-2638

AdvantaClean of Madison County
518 Western Ave
Collinsville, IL 62234
(618) 307-4775

| Proposal # | Date |
|---|---|
| 00481400 | 05/08/2020 |
| **Customer #** | **Valid Until** |
| C - 483534 | 30 Days From Above Date |

**Terms and Conditions**

**Abbreviations:**

For the purpose of this Contract "AdvantaClean" refers to the service provider whose address appears on the face of this Contract, and "Owner" refers to the Property Owner, or their Authorized Representative, of the subject property. All AdvantaClean Service Providers are Independently Owned and Operated.

**Emergency and Loss Mitigation Services Labor Rate Ranges:**

At the sole discretion of AdvantaClean, in the event that unit pricing is not utilized and labor rates are not specified elsewhere in this proposal, Emergency and Loss Mitigation Services may be billed at the following default labor rate ranges, which may vary from location to location.

Cleaning Technician: $29.75 - $42.50 per hour, Emergency Technician: $42.50 - $59.50 per hour, Skilled Labor: $48.50 - $67.50 per hour, Site Supervision:$79.50 - $92.50 per hour, Executive Supervisor: $118.00 - $139.00 per hour

For Specialty Services (mold remediation/trauma clean-up/abrasive blasting, for example) special rates may apply. After-Hours Rates shall be the base rate times a multiple of 1.5. Materials and specialty trade Contractors shall be billed at cost plus twenty percent (20%).

All rates are subject to change without notice.

**Scope of Work:**

Emergency and Loss Mitigation Services may include, but are not limited to soft demolition, removal of wet building materials, structural drying, contents pack-out, moving, storage, contents cleaning and restoration, sealing of walls and ceilings, mold remediation, carpet/upholstery/air duct cleaning, roof tarp, temporary roof repair, board up, provision of temporary power, etc.

**Equipment:**

Rental rates for typical equipment shall be established by Xactimate. Equipment rental is charged per 24-hour period, and any portion of a day shall be charged as a full day. Owner agrees to reimburse AdvantaClean for the full replacement cost of any equipment that is damaged and/or missing from the property at pick up. In the event that the occupant or others turn off equipment without direction from, or notification to, AdvantaClean, billing shall continue until pick up. All rates are subject to change without notice.

**Contract:**

This document is a binding Contract between AdvantaClean and Owner. Upon execution of this Contract, AdvantaClean will incur both direct and indirect costs associated with this project. In the event of termination of Contract by Owner, AdvantaClean shall be paid immediately the greater of (a.) the prorated value of work completed on behalf of the project including any labor, materials, research, supervision, direct overhead, handling, taxes, pick-up, shipping, delivery and cost of capital; or (b.) liquidated damages not to exceed ten percent (10%) of the Contract amount.

*Each AdvantaClean location is independently owned and operated*



Generated By: Scott Green
Phone: (618) 444-2638

AdvantaClean of Madison County
518 Western Ave
Collinsville, IL 62234
(618) 307-4775

| Proposal # | Date |
|---|---|
| 00481400 | 05/08/2020 |
| **Customer #** | **Valid Until** |
| C - 483534 | 30 Days From Above Date |

While AdvantaClean is performing the work, Owner shall not enter into a Contract with any other service provider for any other work at the subject property that interferes with AdvantaClean's ability to perform the work. AdvantaClean reserves the right to refuse to perform all or part of the scope of work at its sole discretion.

**Completion of Work:**

AdvantaClean will complete the work as soon as practically possible. However, unless otherwise specified, AdvantaClean does not agree to guarantee that the work will be completed by or within any particular time.

**Schedule of Payments:**

The amount of deposits and schedule of payments may vary on a job-by-job basis. However, all jobs are due and payable in full upon completion. For any jobs with insurance proceeds, full payment is due and payable within three days of receipt by Owner from the Insurance Company. It is the responsibility of the Owner to make all insurance drafts liquid and available to remit, free and clear of all third party assignments, specifically the mortgage company, immediately upon receipt of said draft.

**Credit and Collections:**

Owner authorizes AdvantaClean to perform routine credit history investigation at any time prior to or during this project. In the event of non-payment within terms, AdvantaClean reserves the right to file a Mechanics Claim of Lien for the full amount of work. Delinquent accounts may be turned over to the three major credit reporting agencies, which could have a negative impact on Owner's credit rating. All accounts over ten (10) days past due will be subject to a one and one-half percent (1.5%) service charge per month or up to the maximum permitted in the jurisdiction of the property. In the event of any legal actions, AdvantaClean shall be entitled to collect attorney's fees and all costs of collection. The sole and exclusive venue for any legal action arising from this Contract shall be in the county of the respective AdvantaClean office. As the Owner or Authorized Representative, I/We/Us jointly and severally personally guarantee payment under this agreement.

**Access:**

Owner is obligated to provide reasonable access to the subject property for the purpose of performing the work without delay. Owner authorizes free use of all available utilities including electricity, water, gas, or oil for heating and sanitary facilities. In the event Owner has vacated the property during the course of the work, Owner agrees to arrange for AdvantaClean to escort Owner to inspect the property during the structural phase to ensure the safety of Owner. Owner agrees to pay additional charges incurred as a result of their failure to provide responsible or scheduled access.

**Limits of Liability:**

Notwithstanding other specific arrangements, AdvantaClean limits its responsibility for any and all claims of missing or damaged personal property to an aggregate amount of $250.00 per Contract. It is the sole responsibility of Owner to inspect personal property for damage or to review any inventory list and document condition prior to and pursuant to handling. Owner agrees to report any claims of damages within 72 hours of handling. Any damage claims after 72 hours will not be considered. AdvantaClean is not responsible for the consequential damages to landscaping, driveways, and walkways, or for damages due to water infiltration or freezing during the course of the work. AdvantaClean expressly declines any liability for mold, fungus, or microbial proliferation pursuant to, or resulting from our work.

**AdvantaClean**

Generated By: Scott Green
Phone: (618) 444-2638

AdvantaClean of Madison County
518 Western Ave
Collinsville, IL 62234
(618) 307-4775

| Proposal # | Date |
|---|---|
| 00481400 | 05/08/2020 |
| **Customer #** | **Valid Until** |
| C - 483534 | 30 Days From Above Date |

**Supervision:**

AdvantaClean will provide adequate supervision of the work to ensure quality control, direction and safety. Owner is obligated to be available for on-site discussion during the course of the work, as some items in the scope of work require approval by Owner. In the event Owner is not available for such approval, Owner authorizes AdvantaClean to make the necessary decisions so as not to delay the project.

**Pets:**

Owner is responsible to provide adequate means of pet control to ensure the safety of both the animal and AdvantaClean staff. Pet control includes, but is not limited to, containment of all animals, provision of power and protection of fish tanks and aquariums, and removal of animals from work areas. Owner agrees to notify AdvantaClean of any dangerous animals on or near the property.

AdvantaClean assumes no liability for injury, death or loss of pets.

**Working Hours:**

Normal working hours are Monday through Friday from 7:00 AM to 5:00 PM. Any work, meetings, discussions or consultation outside of these hours may represent additional charges to Owner and are due and payable upon demand.

**Warranty:**

Unless provided under separate cover, no warranty, either expressed or implied, exists in connection with AdvantaClean's services. If AdvantaClean is directed and/or otherwise prevented from completing the work within the prevailing standard of care, AdvantaClean shall not be responsible for any subsequent defects that arise. Claims for defective workmanship must be forwarded immediately in writing to the respective AdvantaClean office for consideration. AdvantaClean reserves the exclusive right to cure any defects within 60 days of receipt of said notice. AdvantaClean must be provided reasonable and scheduled access to complete the work. No call back repairs will be considered on any account with an outstanding past due balance.



**Pride Cleaning and Restoration, Inc.**

2437 Lemp Avenue
St. Louis, MO 63104
www.PrideRestoration.com

| | | | |
|---|---|---|---|
| Client: | Rob Durham - ICO Lloyd Cueto | Home: | ███████ |
| Property: | ███████████ | | |
| | ███████████ | | |

| | | | |
|---|---|---|---|
| Estimator: | Jim Seubert | Business: | (314) 664-8844 |
| Company: | Pride Cleaning and Restoration | Fax: | |
| Business: | 2437 Lemp Avenue | | jseubert@priderestoration.com |
| | St. Louis, MO 63104 | | |

Type of Estimate: Other

Date Entered: 4/23/2020

Price List: ILES8X_APR20
Restoration/Service/Remodel

Estimate: 2020-04-23-1202

This is a Estimate for Fiber Glass Cleaning for the entire home located at the above address.  To schedule the project a signed authorization along with 50% deposit will be required.  Remaining balance due upon completion.  THis estimate also includes a rough estimate to replace the carpet and padding in the rooms where carpet and padding was or is still in place.  This estimate includes removing the contents, however does not include cleaning of the contents.  If you need us to do a total loss of the contents or cleaning of the contents, that estimate can be prepared if necessary.
Thanks.

Jim Seubert/CEO

Pride Cleaning and Restoration.

# 2020-04-23-1202
## Main Level

**Area Items:   Main Level**

| DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|
| 1. 1. Implementation of Standard Precautions.- Supervisory/Admin- per hour | 3.00 | HR | 67.96 | 203.88 |
| On Site supervisor required at any time workers are present due to OSHA Requirements due to the Covid-19 Pandemic minimize exposure of possible infected workers, sanitization of materials and th job site while workers are present, enforcing the final sanitation of the work place. | | | | |
| 2. 2. Standard Precaution Protective Equipment | 1.00 | EA | 275.00 | 275.00 |
| OSHA Standards due to the Covid-19 Pandemic - Provision of PPE (personal Protective Equipment) includes gloves and respirators and final sanitation of the work site to include all surfaces within the work area. | | | | |
| 3. 3. Content Manipulation charge - 3 Techs. x 7 Hours.- Estimated | 21.00 | HR | 55.00 | 1,155.00 |
| 4. 4. Equipment setup, take down, and monitoring (hourly charge)- Equipment Setup and Removal | 3.00 | HR | 58.61 | 175.83 |
| 5. 5. Equipment decontamination charge - per piece of equipment | 3.00 | EA | 35.93 | 107.79 |
| 6. 6. Neg. air fan/Air scrub.-XLrg (per 24 hr period)-2 Unit x 4 Days. | 8.00 | DA | 140.00 | 1,120.00 |
| 7. 7. Add for HEPA filter (for negative air exhaust fan) | 2.00 | EA | 194.38 | 388.76 |
| 8. 8. Add for HEPA filter (for canister/backpack vacuums) | 2.00 | EA | 52.03 | 104.06 |
| 9. 55. HEAT, VENT & AIR CONDITIONING- clean and apply sanitizer to air duct system and registers | 1.00 | EA | 550.00 | 550.00 |
| | | | | 4080.32 |

**Room:   Kids Bedroom**                                                                                               Height: 8'

| DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|
| 1. 9. HEPA Vacuuming - Detailed - (PER SF) | 637.92 | SF | 0.70 | 446.54 |
| 2. 10. Apply plant-based anti-microbial agent to more than the floor | 637.92 | SF | 0.23 | 146.72 |
| 3. 42. Clean floor - Heavy | 126.96 | SF | 0.61 | 77.45 |
| 4. 43. Clean window unit (per side) 10 - 20 SF | 1.00 | EA | 16.16 | 16.16 |
| 5. 44. Window blind - horizontal or vertical - Detach & reset | 1.00 | EA | 32.98 | 32.98 |
| 6. 54. Clean door - with detail (per side) | 2.00 | EA | 11.96 | 23.92 |
| | | | | 743.77 |

### Room: Closet

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 50. Remove Carpet | 16.00 | SF | 0.27 | 4.32 |
| 2. | 53. Clean door (per side) | 1.00 | EA | 8.05 | 8.05 |
| | | | | | 12.37 |

### Room: Master Bedroom

Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 11. HEPA Vacuuming - Detailed - (PER SF) | 1,051.33 | SF | 0.70 | 735.93 |
| 2. | 12. Apply plant-based anti-microbial agent to more than the floor | 1,051.33 | SF | 0.23 | 241.81 |
| 3. | 30. Clean ceiling fan and light | 1.00 | EA | 27.98 | 27.98 |
| 4. | 32. Clean door - with detail (per side) | 3.00 | EA | 11.96 | 35.88 |
| 5. | 33. Clean window unit (per side) 10 - 20 SF | 3.00 | EA | 16.16 | 48.48 |
| 6. | 46. Window blind - horizontal or vertical - Detach & reset | 3.00 | EA | 32.98 | 98.94 |
| 7. | 49. Clean window blind - roll up | 3.00 | EA | 25.99 | 77.97 |
| 8. | 56. Carpet | 293.25 | SF | 3.10 | 909.08 |
| 9. | 57. Carpet pad | 255.00 | SF | 0.62 | 158.10 |
| | | | | | 2334.17 |

### Room: Living/Kitchen
Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 13. HEPA Vacuuming - Detailed - (PER SF) | 1,320.28 | SF | 0.70 | 924.20 |
| 2. | 14. Apply plant-based anti-microbial agent to more than the floor | 1,320.28 | SF | 0.23 | 303.66 |
| 3. | 37. Clean crown molding | 83.69 | LF | 0.49 | 41.01 |
| 4. | 38. Clean baseboard - Heavy | 83.69 | LF | 0.56 | 46.87 |
| 5. | 39. Clean ceiling fan and light | 1.00 | EA | 27.98 | 27.98 |
| 6. | 47. Window blind - horizontal or vertical - Detach & reset | 1.00 | EA | 32.98 | 32.98 |
| 7. | 35. Clean floor - Heavy | 325.40 | SF | 0.61 | 198.49 |
| 8. | 48. Clean window blind - roll up | 1.00 | EA | 25.99 | 25.99 |
| 9. | 58. Clean light fixture | 2.00 | EA | 11.48 | 22.96 |
| 10. | 59. Clean exterior door (per side) | 2.00 | EA | 15.65 | 31.30 |
| 11. | 60. Clean range hood | 1.00 | EA | 18.34 | 18.34 |
| 12. | 61. Clean range - exterior | 1.00 | EA | 34.65 | 34.65 |
| 13. | 62. Clean countertop | 45.00 | SF | 0.83 | 37.35 |
| 14. | 63. Clean cabinetry - lower - inside and out | 15.00 | LF | 15.97 | 239.55 |
| 15. | 64. Clean cabinetry - upper - inside and out | 19.00 | LF | 15.97 | 303.43 |
| 16. | 65. Clean washer - interior and exterior | 1.00 | EA | 23.42 | 23.42 |
| 17. | 75. Clean window blind - horizontal or vertical - 2 blinds | 28.00 | SF | 1.41 | 39.48 |
| 18. | 66. Clean dryer - interior and exterior | 1.00 | EA | 20.48 | 20.48 |
| 19. | 77. Clean door - with detail (per side) | 3.00 | EA | 11.96 | 35.88 |

2408.02

### Room: Storage Area/Room
Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 15. HEPA Vacuuming - Detailed - (PER SF) | 426.22 | SF | 0.70 | 298.35 |
| 2. | 16. Apply plant-based anti-microbial agent to more than the floor | 426.22 | SF | 0.23 | 98.03 |
| 3. | 88. Clean floor | 71.78 | SF | 0.34 | 24.41 |
| 4. | 89. Clean door - with detail (per side) | 2.00 | EA | 8.39 | 16.78 |

437.57

### Room: Bathroom

Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 17. HEPA Vacuuming - Detailed - (PER SF) | 298.25 | SF | 0.70 | 208.78 |
| 2. | 18. Apply plant-based anti-microbial agent to more than the floor | 298.25 | SF | 0.23 | 68.60 |
| 3. | 67. Clean toilet | 1.00 | EA | 23.50 | 23.50 |
| 4. | 68. Clean vanity - inside and out | 2.50 | LF | 14.34 | 35.85 |
| 5. | 69. Clean medicine cabinet | 1.00 | EA | 15.17 | 15.17 |
| 6. | 71. Clean window unit (per side) 10 - 20 SF | 1.00 | EA | 16.16 | 16.16 |
| 7. | 72. Window blind - horizontal or vertical - Detach & reset | 1.00 | EA | 32.98 | 32.98 |
| 8. | 73. Clean door - with detail (per side) | 1.00 | EA | 11.96 | 11.96 |
| 9. | 70. Clean mirror | 6.00 | SF | 0.76 | 4.56 |
| 10. | 76. Clean window blind - roll up | 1.00 | EA | 25.99 | 25.99 |
| 11. | 78. Clean shower | 1.00 | EA | 46.61 | 46.61 |
| 12. | 79. Clean tub | 1.00 | EA | 22.77 | 22.77 |
| 13. | 80. Clean tub / shower faucet | 1.00 | EA | 15.14 | 15.14 |

528.07

### Room: Bedroom

Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 83. Clean ceiling fan and light | 1.00 | EA | 27.98 | 27.98 |
| 2. | 84. R&R Carpet | 139.49 | SF | 3.37 | 470.08 |
| 3. | 85. R&R Carpet pad | 121.29 | SF | 0.73 | 88.54 |
| 4. | 19. HEPA Vacuuming - Detailed - (PER SF) | 595.92 | SF | 0.70 | 417.14 |
| 5. | 20. Apply plant-based anti-microbial agent to more than the floor | 595.92 | SF | 0.23 | 137.06 |
| 6. | 81. Clean window unit (per side) 10 - 20 SF | 1.00 | EA | 16.16 | 16.16 |
| 7. | 82. Window blind - horizontal or vertical - Detach & reset | 1.00 | EA | 32.98 | 32.98 |
| 8. | 87. Clean door - with detail (per side) | 3.00 | EA | 11.96 | 35.88 |

1225.82

### Room: Furnace room

Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 21. HEPA Vacuuming - Detailed - (PER SF) | 67.08 | SF | 0.70 | 46.96 |
| 2. | 22. Apply plant-based anti-microbial agent to more than the floor | 67.08 | SF | 0.23 | 15.43 |

62.39

### Room: Small Storage room

Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 23. HEPA Vacuuming - Detailed - (PER SF) | 85.83 | SF | 0.70 | 60.08 |
| 2. | 24. Apply plant-based anti-microbial agent to more than the floor | 85.83 | SF | 0.23 | 19.74 |
| 3. | 90. Clean door - with detail (per side) | 2.00 | EA | 8.39 | 16.78 |

96.60

### Room: Closet

Height: 8'

| | DESCRIPTION OF WORK TO BE PERFORMED | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 1. | 25. HEPA Vacuuming - Detailed - (PER SF) | 162.42 | SF | 0.70 | 113.69 |
| 2. | 26. Apply plant-based anti-microbial agent to more than the floor | 162.42 | SF | 0.23 | 37.36 |
| 3. | 86. Clean door - with detail (per side) | 2.00 | EA | 11.96 | 23.92 |

174.97

Area Total: Main Level    12104.07

Area Total: 2020-04-23-1202    12104.07

## Summary Total

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 12,104.07 |
| Material Sales Tax | @ | 9.500% x | 2,245.58 | 213.36 |
| Subtotal | | | | 12,317.43 |
| Overhead | @ | 10.0% x | 12,317.43 | 1,231.82 |
| Profit | @ | 10.0% x | 12,317.43 | 1,231.82 |
| **Total Cost** | | | | **$14,781.07** |
| **Grand Total** | | | | **$14,781.07** |

_____
Jim Seubert
President