EXHIBIT G

### CARE INSTRUCTIONS

**To Clean Mattress Outer Cover:**
Machine wash cold with mild detergent.
Gentle spin cycle.
Dry on gentle air cycle.
DO NOT BLEACH, DO NOT DRY CLEAN.

**To Clean Mattress Inner Cover:**
Use damp cloth and soap if necessary.
Avoid excess water that will wet the foam.
DO NOT REMOVE INNER COVER

**Foam Instructions:**
Spot clean with mild soap, rinse,
squeeze water out gently, let air dry
DO NOT PUT FOAM IN WASHER OR DRYER

